# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Mark Davis a.k.a. Mark Tori Davis, <br><br> Plaintiff, <br><br> vs. <br><br> Experian Information Solutions, Inc., et al., <br><br> Defendants. | Case No.: 1:21-cv-04268-MLB-CCB <br><br> **NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant Experian Information Solutions, Inc., ONLY, in the above-captioned case have reached a settlement. Plaintiff anticipates filing a Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc pursuant to Fed. R. Civ. P. 41(a) within 60 days.

DATED: April 7, 2022

Respectfully submitted,

By: */s/ Daniel M. Brennan*
Daniel M. Brennan
Bar Number 271142
39111 Six Mile Rd., Suite 142
Livonia, MI 48152
Telephone: (248) 353-2882
Facsimile: (248) 353-4840
E-Mail: Daniel@crlam.com
*Attorneys for Plaintiff,*

*Mark Davis a.k.a.*
*Mark Tori Davis*

## **PROOF OF SERVICE**

I, Daniel M. Brennan, hereby state that on April 7, 2022, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

*/s/ Daniel M. Brennan*