IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Mark Davis a.k.a.<br>Mark Tori Davis,<br><br>Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc., et al.<br><br>Defendant. | Case No.: 1:21-cv-04268-MLB-RDC<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT ALLY FINANCIAL INC.** |

## STIPULATION OF DISMISSAL OF DEFENDANT ALLY FINANCIAL INC.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims as to Defendant Ally Financial Inc. without attorney's fees or costs to either party.

Dated this 29th day of April, 2022.

Respectfully submitted,

By: /s/ Daniel M. Brennan
Daniel M. Brennan
Bar Number-271142
39111 Six Mile Suite 142
Livonia, Mi 48152

125949920v1

Telephone: (248) 353-2882
Facsimile: (248) 353-4840
E-Mail: Daniel@crlam.com
*Attorney for Plaintiff*
*Mark Davis a.k.a. ark Tori Davis*

/s/ Kimberly Eason
 Kimberly Delk Eason, Esq.
Georgia Bar No. 428618
TROUTMAN PEPPER
HAMILTON SANDERS LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308-2216
Telephone: 404-885-3311
Facsimile: 404-885-3900
E-mail: kimberly.eason@troutman.com
*Counsel for Defendant*
*Ally Financial Inc.*

<u>PROOF OF SERVICE</u>

I, Daniel M. Brennan, hereby state that on April 29, 2022, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

/s/ Daniel M. Brennan

125949920v1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Mark Davis a.k.a.<br>Mark Tori Davis,<br><br>               Plaintiff,<br><br>     vs.<br><br>Experian Information Solutions, Inc., et al.<br><br>               Defendant. | Case No.: 1:21-cv-04268-MLB-RDC<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT ALLY FINANCIAL INC** |

## <u>ORDER OF DISMISSAL OF ALLY FINANCIAL INC.</u>

Plaintiff Mark Davis has announced to the Court that all matters in controversy against Ally Financial Inc. have been resolved. A Stipulation of Dismissal of Ally Financial Inc. has been signed and filed with the Court. Having considered the Stipulation of Dismissal of Ally Financial Inc., the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that have been asserted herein by Plaintiff Mark Davis against Defendant Ally Financial Inc. are in all respects dismissed, with court costs to be paid by the party incurring same.

125949920v1

DATED this 29th day of April, 2022.

_____
THE HONORABLE DISTRICT JUDGE

125949920v1