IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Mark Davis a.k.a. Mark Tori Davis,<br><br>      Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc., et al.<br><br>      Defendant. | Case No.: 1:21-cv-04268-MLB-RDC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of all Plaintiff's claims as to Defendant Experian Information Solutions, Inc and Defendant Ally Financial Inc.,without attorney's fees or costs to any party.

Dated this 9th day of May, 2022.

                                                Respectfully submitted,

                                              By: /s/ Daniel M. Brennan
                                              Daniel M. Brennan
                                              Bar Number-271142
                                              39111 Six Mile Suite 142

125949920v1

Livonia, Mi 48152
Telephone: (248) 353-2882
Facsimile: (248) 353-4840
E-Mail: Daniel@crlam.com
*Attorney for Plaintiff*
*Mark Davis a.k.a. ark Tori Davis*


/s/ Jane Ashley Raborn
Jane Ashley Raborn
(Georgia Bar No. 451038)
JONES DAY
1221 Peachtree Street N.E., Suite 400
Atlanta, GA 30361
Telephone: (404) 581-8906
Facsimile: (404) 581-8330
jraborn@jonesday.com
*Counsel for Defendant*
*Experian Information Solutions, Inc.*


/s/ Kimberly Eason
Kimberly Delk Eason, Esq.
Georgia Bar No. 428618
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street, N.E.,
Suite 3000 Atlanta, GA 30308-2216
Telephone: 404-885-3311
Facsimile: 404-885-3900
E-mail: kimberly.eason@troutman.com
*Counsel for Defendant*
*Ally Financial Inc.*

2

## PROOF OF SERVICE

I, Daniel M. Brennan, hereby state that on May 9, 2022, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

/s/ Daniel M. Brennan

125949920v1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Mark Davis a.k.a. Mark Tori Davis,<br><br>      Plaintiff,<br><br>  vs.<br><br>Experian Information Solutions, Inc., et al.<br><br>      Defendant. | Case No.: 1:21-cv-04268-MLB-RDC |

## **ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Mark Davis has announced to the Court that all matters in controversy against Experian Information Solutions, Inc. and Ally Financial Inc. have been resolved. A Stipulation of Dismissal has been signed and filed with the Court. Having considered the Stipulation of Dismissal, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that have been asserted herein by Plaintiff Mark Davis against Defendant Experian Information Solutions, Inc, and Defendant Ally Financial Inc. are in all respects dismissed with prejudice, with court costs to be paid by the party incurring same.

4

125949920v1

DATED this 9th day of May, 2022.

_____
THE HONORABLE DISTRICT JUDGE

125949920v1